UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ANGEL TORRES, and ANGEL TORRES, Individually, <br><br> Plaintiff-Relator, <br><br> v. <br><br> SAMEE BAIG and SHAFEE BAIG, as former owners of MONTY'S CLININCAL LAB LLC, <br><br> Defendants. | No. 22 C 7166 <br><br> Chief Judge Kendall |

**UNITED STATES' MOTION TO ENFORCE
SETTLEMENT AND FOR ENTRY OF JUDGMENT**

The United States moves to enforce the settlement agreement entered into by the parties and for entry of judgment. In support of the motion, the United States further states:

1. This *qui tam* case was filed by relator Angel Torres in 2022. Following the United States' investigation, the United States intervened and settlement negotiations proceeded with a series of five attorneys representing two of the owners of Monty's Clinical Lab LLC, Samee Baig and Shafee Baig. Monty's Clinical Lab was involuntarily dissolved by the Illinois Secretary of State on February 14, 2025.

2. The parties entered into a settlement agreement with defendants represented by counsel. Ex. 1. The financial terms of the agreement provided for a lump sum payment to the United States of $1,286,786.56 to be paid 14-days after the final signature on the agreement. The final signature was dated November 21, 2025, making the full payment due December 5, 2025. Ex. 1.

3. No payment was made by December 5, 2025.

      4.      A payment of $800,000 was received on December 8, 2025. A payment of $300,000 was received on December 19, 2025.

      5.      The defendants are in breach of the settlement agreement and there is a payment deficit of $186,786.56.

      6.      Employees of the United States Attorney's Office sent communications to counsel for defendants, including on December 9, 2025, December 19, 2025, and January 16, 2026, seeking the final payment or explanation for the deficit. No payment has been received.

      7.      Pursuant to the terms of the agreement, the United States has not yet dismissed the matter because full payment has not been made, therefore this court retains jurisdiction to enforce the agreement and enter judgment. Ex. 1.

      8.      The United States now seeks to enforce the settlement agreement and asks this court to enter judgment on the settlement agreement, which would allow the United States to begin collection proceedings.

      WHEREFORE, the United States asks this court to enter an order to enforce the settlement agreement, ordering immediate payment of the remainder of the settlement amount, and to enter judgment in favor on the United States pursuant to the terms of the settlement agreement. A draft order is being submitted.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Kathryn A. Kelly
    KATHRYN A. KELLY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1936
    kathryn.kelly@usdoj.gov